JOHN CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
JOHN H. MARTIN III, Trial Attorney
CO Bar # 32667
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
john.h.martin@usdoj.gov
(303) 844-1383
(303) 844-1350 (fax)

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, in his official capacity as ) <br> Secretary of the Interior; and UNITED STATES ) <br> FISH AND WILDLIFE SERVICE, an agency of ) <br> of the United States Department of the Interior, ) <br> ) <br> Defendants ) | Case No. 3:09-cv-01415-THE <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME** |

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants United States Fish and Wildlife Service *et alia* ("Federal Defendants"), by and through their undersigned counsel, pursuant to Civil L.R. 6-2(a), present this stipulation to enlarge the deadlines for Federal Defendants to file an Opposition to Plaintiff's Motion for Summary Judgment and for Plaintiff to file a Reply in support of its Motion for Summary Judgment. The Parties state as follows:

Joint Stipulation for Extension of Time
Case No. 3:09-cv-01415-THE

1

WHEREAS, pursuant to Civ. L.R. 6-2, "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would . . . extend time frames set in the Local Rules or in the Federal Rules;" and

WHEREAS, Plaintiff served its Complaint on the Federal Defendants on April 9, 2009 (Docket # 5), and Federal Defendants' Answer is due June 10, 2009,

WHEREAS, Plaintiff filed a Motion for Summary Judgment on May 8, 2009 (Docket # 6), and noticed a hearing on that motion for June 15, 2009.  Federal Defendants' Opposition to that motion is presently due May 26, 2009, and Plaintiff's Reply is due June 1, 2009.

WHEREAS, there have been no previous extensions of time of the deadline for Federal Defendants' Opposition to Plaintiff's Motion for Summary Judgment;

WHEREAS, the Parties have reached a tentative proposed settlement of Plaintiff's claim, and intend to continue to negotiate regarding other elements necessary to complete settlement of this case, including Plaintiff's claim for attorney's fees.  Counsel for the Parties intend to prepare the requisite papers for submission to the United States Department of Justice and the Parties in support of the proposed settlement, and seek the requisite settlement approvals and authorizations.   The Parties wish to conserve their and the Court's resources by deferring the expenditure of significant time and resources on the active litigation of this case while their settlement negotiations and approval processes are underway.

WHEREAS, the Parties request a two week extension of time, from May 26, 2009, to June 8, 2009, for Federal Defendants' to file their Opposition to Plaintiff's Motion for Summary Judgment, and a ten day extension of time, from June 1, 2009, to June 11, 2009, for Plaintiff to file

1   its reply brief in support of summary judgment.

2   WHEREAS, if the Parties have not finalized and executed their proposed settlement by June 2, 2009, the Parties would respectfully propose that they file a joint status report on or before that date informing the Court of the status of their efforts to resolve the issues and claims in this case and making a proposal to the Court about whether and how to proceed with this case.

WHEREAS, the agreed-upon extension will not affect or alter any current scheduling deadlines fixed by this Court's Order Setting Initial Case Management Conference and ADR Deadlines, filed April 1, 2009; and

WHEREAS, granting this joint request for extension of time will not cause any undue prejudice or harm to the interests of the Parties herein. Rather, it will serve the public interest by enabling the judicious use of limited resources and allowing the Parties to focus their attention and energy on their efforts and energies to completing their tentative proposed settlement.

NOW, THEREFORE, the Parties stipulate as follows:

1. Federal Defendants' time in which to respond to Plaintiff's Motion for Summary Judgment shall be enlarged to June 8, 2009.

2. Plaintiff's time in which to reply to its Motion for Summary Judgment shall be enlarged to June 11, 2009.

2. On June 2, 2009, the Parties shall file a Joint Status Report informing the Court of the status of their efforts to resolve the issues and claims in this case and making a proposal to the Court about whether and how to proceed with this case.

The hearing currently scheduled for June 15, 2009 shall be continued to June 29, 2009 at 10:00 AM.

Joint Stipulation for Extension of Time
Case No. 3:09-cv-01415-THE

3

1  Respectfully submitted this 15th day of May, 2009.

2
3                                                   JOHN CRUDEN, Acting Assistant Attorney General
                                                    JEAN E. WILLIAMS, Chief
4                                                   LISA L. RUSSELL Assistant Chief

5                                                   By: /s/ *John H. Martin, III*
                                                    JOHN H. MARTIN, III (CO Bar # 32667)
6                                                   Trial Attorney
                                                    U.S. Department of Justice
7                                                   Environment & Natural Resources Division
                                                    Wildlife & Marine Resources Section
8                                                   1961 Stout Street, 8th Floor
                                                    Denver, CO 80294
9                                                   (303) 844-1383
10                                                  (303) 844-1350 (fax)
                                                    Email: john.h.martin@usdoj.gov
11
12                                                  OF COUNSEL:
                                                    Kerry O'Hara
13                                                  Office of the Solicitor
                                                    United States Department of the Interior
14                                                  Sacramento, CA 95825

15
                                                    Attorneys for Federal Defendants
16

17

18

19

20

21

22

23

24

25

26

27  Joint Stipulation for Extension of Time
    Case No. 3:09-cv-01415-THE
28                                       4

By: */s/Brendan Cummings*
Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Andrea A. Treece (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone:   (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 05/18/09

_____
HON. THELTON E. HENDERSON
United States District Judge

Joint Stipulation for Extension of Time
Case No. 3:09-cv-01415-THE

5