JOHN CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
JOHN H. MARTIN III, Trial Attorney
CO Bar # 32667
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
john.h.martin@usdoj.gov
(303) 844-1383
(303) 844-1350 (fax)

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of of the United States Department of the Interior,<br><br>Defendants | Case No. 3:09-cv-01415-TEH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME** |

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants United States Fish and Wildlife Service *et alia* ("Federal Defendants"), by and through their undersigned counsel, pursuant to Civil L.R. 6-2(a), present this second stipulation to enlarge the deadlines for Federal Defendants to file an Answer as well as a brief in response to Plaintiff's Motion for Summary Judgment and for Plaintiff to file a reply in support of its Motion for Summary Judgment. The

Parties also request to continue the hearing on Plaintiff's Motion for Summary Judgment.

The Parties state as follows:

WHEREAS, pursuant to Civ. L.R. 6-2, "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would . . . extend time frames set in the Local Rules or in the Federal Rules;" and

WHEREAS, Plaintiff served its Complaint on the Federal Defendants on April 9, 2009 (Docket # 5), and Federal Defendants' Answer is due June 10, 2009,

WHEREAS, Plaintiff filed a Motion for Summary Judgment on May 8, 2009 (Docket # 6), and noticed a hearing on that motion for June 15, 2009.

WHEREAS, the Parties have stipulated to one previous extension of time based on a proposed settlement of the claims in this case.

WHEREAS, in an order filed May 19, 2009 (Docket #10), the Court adopted the Parties' stipulation as an order of the Court, continued the hearing on the Motion for Summary Judgment until June 29, 2009, and enlarged the time for Federal Defendants to file an Opposition to Summary Judgment until June 8, 2009, and for Plaintiff to file its Reply until June 11, 2009.

WHEREAS, the Parties have reached a tentative proposed settlement of Plaintiff's claim in this case. In the time elapsed since the Court granted the Parties' first stipulation for extension of time, the Parties drafted a proposed stipulation for settlement and continued to negotiate other elements necessary to complete settlement of this case. Counsel for the Parties are now preparing the requisite papers for submission to the United States Department of Justice and the Parties in support of the proposed settlement, and actively seeking the approvals and authorizations necessary

to settle Plaintiff's Complaint. The Parties wish to conserve their and the Court's resources by deferring the expenditure of significant time and resources on the active litigation of this case while their settlement negotiations and approval processes are underway.

WHEREAS, the Parties request that all filing deadlines and events set in this case for the next three weeks be vacated and suspended until after the Parties file a status report on June 25, 2009, reporting on their proposed settlement of this case and making a proposal to the Court about whether and how to proceed with this case.

WHEREAS, the agreed-upon extension will not affect or alter any current scheduling deadlines fixed by this Court's Order Setting Initial Case Management Conference and ADR Deadlines, filed April 1, 2009; and

WHEREAS, granting this joint request for extension of time will not cause any undue prejudice or harm to the interests of the Parties herein. Rather, it will serve the public interest by enabling the judicious use of limited resources and allowing the Parties to focus their attention and energy on their efforts and energies to completing their tentative proposed settlement.

NOW, THEREFORE, the Parties stipulate as follows:

1. On June 25, 2009, the Parties shall file a Joint Status Report informing the Court of the status of their efforts to resolve the issues and claims in this case and making a proposal to the Court about whether and how to proceed with this case.

2. All proceedings in this case are stayed until June 25, 2009, including the deadlines for Defendants to file an Answer to the Complaint and for the Parties to file response and reply briefs on Plaintiff's Motion for Summary Judgment.

3. The hearing presently set for June 29, 2009, shall be continued to July 13, 2009, at 10:00 AM.

Respectfully submitted this 2nd day of June, 2009.

JOHN CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL Assistant Chief

By: /s/ *John H. Martin, III*

JOHN H. MARTIN, III (CO Bar # 32667)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
(303) 844-1383
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

OF COUNSEL:
Kerry O'Hara
Office of the Solicitor
United States Department of the Interior
Sacramento, CA 95825

Attorneys for Federal Defendants

By: */s/Brendan Cummings*
Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Andrea A. Treece (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 06/03/09

HON. THELTON E. HENDERSON
United States Di

UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA