JOHN CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
JOHN H. MARTIN III, Trial Attorney
CO Bar # 32667
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
john.h.martin@usdoj.gov
(303) 844-1383
(303) 844-1350 (fax)

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, in his official capacity as ) <br> Secretary of the Interior; and UNITED STATES ) <br> FISH AND WILDLIFE SERVICE, an agency of ) <br> of the United States Department of the Interior, ) <br> ) <br> Defendants ) | Case No. 3:09-cv-01415-THE <br><br> **JOINT STATUS REPORT AND STIPULATION** |

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants United States Fish and Wildlife Service *et alia* ("Federal Defendants"), by and through their undersigned counsel present this Joint Status Report in accordance with the Court's order dated June 3, 2009 (docket # 12).

The Parties state as follows:

WHEREAS, pursuant to Civ. L.R. 6-2, "[t]he parties may file a stipulation, conforming to

Civil L.R. 7-12, requesting an order changing time that would . . . extend time frames set in the Local Rules or in the Federal Rules;" and

WHEREAS, the Parties have stipulated to two previous extensions of time based on a proposed settlement of the claims in this case.

WHEREAS, in an order filed June 3, 2009 (Docket #12), the Court adopted the Parties' stipulation as an order of the Court, continued the hearing on the Motion for Summary Judgment until July 13, 2009, and stayed other deadlines in this case until June 25, 2009.

WHEREAS, the Parties have reached a settlement of Plaintiff's claim in this case. In the time elapsed since the Court granted the Parties' second stipulation for extension of time, the Parties have negotiated and drafted a stipulation for settlement and secured the necessary approvals to execute the stipulation for settlement and file the stipulation with this Court. The Parties expect to execute and file the stipulation with this Court by July 2, 2009. The Parties wish to conserve their and the Court's resources by deferring the expenditure of significant time and resources on the active litigation of this case while their settlement negotiations and approval processes are underway.

WHEREAS, the Parties request that all filing deadlines and events set in this case be vacated and suspended until after the Parties file their stipulation for settlement on or before July 2, 2009.

WHEREAS, granting this joint request for extension of time will not cause any undue prejudice or harm to the interests of the Parties herein. Rather, it will serve the public interest by enabling the judicious use of limited resources and allowing the Parties to focus their attention and energy on their efforts and energies to completing their tentative proposed settlement.

NOW, THEREFORE, the Parties stipulate as follows:

Joint Status Report and Stipulation
Case No. 3:09-cv-01415-TEH

1.  All proceedings in this case are stayed until July 2, 2009, including the deadlines for Defendants to file an Answer to the Complaint and for the Parties to file response and reply briefs on Plaintiff's Motion for Summary Judgment.

Respectfully submitted this 25th day of June, 2009.

          JOHN CRUDEN, Acting Assistant Attorney General
          JEAN E. WILLIAMS, Chief
          LISA L. RUSSELL Assistant Chief

          By:  /s/ *John H. Martin, III*
          JOHN H. MARTIN, III (CO Bar # 32667)
          Trial Attorney
          U.S. Department of Justice
          Environment & Natural Resources Division
          Wildlife & Marine Resources Section
          1961 Stout Street, 8th Floor
          Denver, CO 80294
          (303) 844-1383
          (303) 844-1350 (fax)
          Email: john.h.martin@usdoj.gov

          OF COUNSEL:
          Kerry O'Hara
          Office of the Solicitor
          United States Department of the Interior
          Sacramento, CA 95825

          Attorneys for Federal Defendants

Joint Status Report and Stipulation
Case No. 3:09-cv-01415-TEH

3

By: <u>/s/Andrea Treece</u>
Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Andrea A. Treece (CA Bar No. 237639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone:  (415) 436-9682
Facsimile: (415) 436-9683
Email: atreece@biologicaldiversity.org

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED:   06/26/09    _____
HON. THELTON E. HENDERSON
United States District Court

Joint Status Report and Stipulation
Case No. 3:09-cv-01415-TEH

4