# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants | Case No. 3:09-cv-01415 (THE)<br><br>[~~PROPOSED~~] ORDER |

The terms and conditions of the Stipulated Settlement Agreement filed by Plaintiff Center for Biological Diversity and Defendants Ken Salazar, Secretary of the United States Department of the Interior; and the United States Fish and Wildlife Service on June 30, 2009, are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

Dated: 07/01/09

_____
Honorable Thelton E. Henderson
United States District Court Judge